UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MORTON ORMAN, | ) ) ) | |
| Plaintiff, | ) ) | 2:11-CV-1627-LRH-LRL |
| v. | ) ) | ORDER |
| A.J. CAPITAL MORTGAGE, et al., | ) ) ) | |
| Defendants. | ) ) | |

Before the court is plaintiff Morton Orman's ("Orman") ex-parte motion for a temporary restraining order without notice. Doc. #2.[1]

Pursuant to Rule 65, "[t]he court may issue a temporary restraining order without written or oral notice to the adverse party . . . only if: (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." FED. R. CIV. P. 65(b)(1).

Here, after reviewing the documents and pleadings on file in this matter, the court finds that Orman has not satisfied the requirements for issuance of a temporary restraining

---

[1] Refers to the court's docket number.

order without notice under Rule 65. In support of his motion, Orman has attempted to submit a verified complaint. However, this document fails to comply with the requirements of Rule 65. Further, Orman fails to mention any attempt to provide notice to the opposing party nor does he identify the reasons why notice should not be required. Finally, Orman fails to establish that a temporary restraining order is warranted because he has not identified any irreparable harm that a temporary restraining order would prevent. Therefore, the court finds that Orman is not entitled to issuance of a temporary retraining order. Accordingly, the court shall deny Orman's motion for a temporary restraining order.

Additionally, the court finds that it could also strike Plaintiff's motion because it does not comply with Local Rul 7-4, restricting motions limited to 30 pages in length.

**IT IS THEREFORE ORDERED** that plaintiff's motion for a temporary restraining order (Doc. #2) is **DENIED**.

**DATED** this 17th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

2