# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MORTON ORMAN,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>A.J. CAPITAL MORTGAGE, ET AL.,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-01627-GMN-PAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Before the Court for consideration is the Report and Recommendation (ECF No. 11) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered December 7, 2011.  No objections have been filed.  The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Leen's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Leen's Recommendations are hereby **ACCEPTED**, and Plaintiff's Complaint is hereby **DISMISSED**.

DATED this 20th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge